# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PENN-AMERICA INSURANCE COMPANY | § § § § § § § | CIVIL ACTION NO. 3:20-CV-1388-S-BT |
| v. | | |
| TARANGO TRUCKING, LLC, et al. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 40]. Objections were filed by Defendant Tarango Trucking LLC [ECF No. 41]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 22, 2021.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**

1